RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 4/5/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| TAMMY STEWART DIXON | CIVIL ACTION NO. 10-1490 |
| VERSUS | JUDGE ROBERT G. JAMES |
| PRIMARY HEALTH SERVICES CENTER, A CORPORATION, ET AL. | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss for Failure to State a Claim upon Which Relief Can Be Granted [Doc. No. 7] filed by Defendants Primary Health Services Center Board of Directors and Catherine M. Tonore is hereby **GRANTED**. Plaintiff's claims against these Defendants only are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendants' request for the assessment of attorneys' fees is **DENIED**.

MONROE, LOUISIANA, this 4 day of April 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE